IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INE NWEKE, Individually and on Behalf of All Other Similarly Situated<br><br>Plaintiff.<br><br>v.<br><br>ASTER HEALTH GROUP, INC., and KELLY GILBERT<br><br>Defendants. | Case No. 1:22-cv-2410<br><br>Judge John F. Kness |

## JOINT STATUS REPORT

Plaintiff Ine Nweke, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Aster Health Group, Inc., and Kelly Gilbert ("Defendants"), by and through their undersigned counsel, submit the following Joint Status Report:

1. Pursuant to the Minute Order on February 10, 2023 (ECF No. 22), the parties are filing a joint status report.

2. On February 3, 2023, the Parties filed a Joint Discovery Progress Report (ECF No. 21), in which they informed the Court that they are currently discussing the potential resolution of this case not only on behalf of the named Plaintiff, but also on behalf of other similarly situated caregivers.

3. The Parties requested a stay of formal discovery while they continued to explore a potential resolution, which this Court granted. *See* ECF No. 22.

4. The Parties have not resolved this case amongst themselves yet, but they remain optimistic that they may be able to do so with more time, and without the need for additional discovery and incurring additional expenses related to litigation.

5. The Parties would like to continue to discuss a potential resolution amongst themselves. The Parties would like to file an additional joint status report with the Court by May 19, 2023, to apprise the Court of the status of any potential resolution.

6. If the Parties are unable to reach a resolution amongst themselves by May 19, 2023, they may request a referral to a magistrate judge settlement conference. At this time though, they still believe they may be able to reach a resolution on their own.

Respectfully submitted,

**INE NWEKE, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and** **ASTER HEALTH GROUP, INC., and KELLY GILBERT, DEFENDANTS**

HINSHAW & CULBERTSON LLP
151 North Franklin St., Ste. 2500
Chicago, Illinois 60606
Telephone: (312) 704-3022
Facsimile: (312) 704-3001

*/s/Linda K. Horras*
Linda K. Horras
Ill. Bar No.6200203
lhorras@hinshawlaw.com