IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INE NWEKE, Individually and on Behalf of All Other Similarly Situated<br><br>Plaintiff.<br><br>v.<br><br>ASTER HEALTH GROUP, INC., and KELLY GILBERT<br><br>Defendants. | Case No. 1:22-cv-2410<br><br>Judge John F. Kness |

**JOINT STATUS REPORT**

Plaintiff Ine Nweke, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Aster Health Group, Inc., and Kelly Gilbert ("Defendants"), by and through their undersigned counsel, submit the following Joint Status Report:

1. Pursuant to the Minute Order on April 13, 2023 (ECF No. 25), the parties are filing a joint status report.

2. Since this case was filed, the Parties engaged in informal document production that included the production of time and payroll records for live-in caregivers of the Aster Health Group, Inc. Informal discovery was conducted as the parties sought to resolve this matter without the time and expense of formal discovery.

3. In the last two weeks, the parties have exchanged payroll audits and engaged in formal settlement discussions. The parties expect to complete those discussions within the next three weeks.

4. The Parties therefore seek a continued stay of formal discovery while additional settlement discussions are held. The parties believe settlement negotiations will be fruitful and therefore seek to avoid the expense of formal discovery.

5. If the parties are not successful in reaching resolution through discussions between counsel, the parties request will seek a referral to a magistrate judge settlement conference prior to the next status hearing.

6. Counsel for the Defendants will be out of the country from June 5, 2023 through June 18, 2023. It is the parties' belief that additional settlement discussions will be held before June 5, 2023. Nonetheless, as this is a document-intensive case, the parties ask that this matter be set over until June 23, 2023, for further status at which time the parties will report on the status of negotiations and whether they request a conference with the assigned magistrate judge.

7. The parties will also report on the status of resolution at the upcoming status hearing set for May 25, 2023.

    Respectfully submitted,

**INE NWEKE, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls

|  |  |
|---|---|
|  | Ark. Bar No. 2019246<br>colby@sanfordlawfirm.com<br><br>Josh Sanford<br>Ark. Bar No. 2001037<br>josh@sanfordlawfirm.com |
| **and** | **ASTER HEALTH GROUP, INC.,** and **KELLY GILBERT, DEFENDANTS** |
|  | HINSHAW & CULBERTSON LLP<br>151 North Franklin St., Ste. 2500<br>Chicago, Illinois 60606<br>Telephone: (312) 704-3022<br>Facsimile: (312) 704-3001<br><br>*/s/Linda K. Horras*<br>Linda K. Horras<br>Ill. Bar No.6200203<br>lhorras@hinshawlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I electronically filed the above pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                                By: s/Linda K. Horras
                                                Linda K. Horras
                                                State Bar No.  6200203
                                                Attorneys for Defendants
                                                HINSHAW & CULBERTSON LLP
                                                151 North Franklin, Suite 2500
                                                Chicago, IL 60606
                                                tel: 312-704-3000
                                                fax: 312-704-3001
                                                lhorras@hinshawlaw.com