### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ine Nweke

                               Plaintiff,

v.                                                              Case No.: 1:22−cv−02410
                                                                             Honorable John F. Kness

Aster Health Group, Inc., et al.

                               Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 19, 2023:

      MINUTE entry before the Honorable John F. Kness: In the joint status report [26] submitted by the parties on 5/19/2023, the parties request that the stay of discovery be continued to allow time for further settlement negotiations. For the reasons provided in the joint status report, the Court agrees that this is a prudent course of action. Accordingly, the status hearing set for 5/25/2023 is stricken and reset for 6/27/2023 at 9:30 a.m. The stay of discovery is continued until the next status hearing. A joint status report must be filed on or before 6/20/2023. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.