IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INE NWEKE, Individually and on Behalf of All Other Similarly Situated<br><br>Plaintiff.<br><br>v.<br><br>ASTER HEALTH GROUP, INC., and KELLY GILBERT<br><br>Defendants. | Case No. 1:22-cv-2410<br><br>Judge John F. Kness |

## JOINT STATUS REPORT

Plaintiff Ine Nweke, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Aster Health Group, Inc., and Kelly Gilbert ("Defendants"), by and through their undersigned counsel, submit the following Joint Status Report:

1. On May 19, 2023, the Parties filed a joint status report (ECF No. 26), informing the Court that they expected to wrap up settlement discussions within the next few weeks, and requesting that the stay of formal discovery be continued.

2. The Court entered a Minute Order on May 19, 2023, (ECF No. 27), continuing the stay of discovery and ordering the Parties to file a joint status report by June 20, 2023.

3. As of this week, the Parties have reached a settlement in principle that will resolve all claims asserted by Plaintiff, as well as the claims of a putative collective of similarly situated individuals.

4. The Parties are in the process of finalizing settlement terms and request that the Court allow them within forty-five days from the filing of this Joint Status Report to file a Joint Motion for Approval of Settlement.

5. In light of their progress, the Parties further request that all deadlines continue to be stayed pending finalization of their settlement.

6. Should the Parties be unable to file their Joint Motion for Approval of Settlement by August 4, 2023, the Parties request that the Court allow them to either make an appropriate request for extension, if required, or to provide a status update.

        Respectfully submitted,

        **INE NWEKE, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Ste. 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        */s/ Colby Qualls*
        Colby Qualls
        Ark. Bar No. 2019246
        colby@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**    **ASTER HEALTH GROUP, INC., and KELLY GILBERT, DEFENDANTS**

        HINSHAW & CULBERTSON LLP
        151 North Franklin St., Ste. 2500
        Chicago, Illinois 60606
        Telephone: (312) 704-3022
        Facsimile: (312) 704-3001

        */s/Linda K. Horras*
        Linda K. Horras
        Ill. Bar No.6200203
        lhorras@hinshawlaw.com