## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ine Nweke

                Plaintiff,

v.                                          Case No.: 1:22–cv–02410
                                          Honorable John F. Kness

Aster Health Group, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 22, 2023:

      MINUTE entry before the Honorable John F. Kness: In the joint status report [28] submitted on 6/20/2023, the parties inform the Court that they have reached a settlement in principle and request that the Court allow the parties 45 days from the filing of the joint status report to file a Joint Motion for Approval of Settlement and that all deadlines continue to be stayed pending finalization of the settlement. The parties' request is granted. The parties must file a Joint Motion for Approval of Settlement on or before 7/31/2023. The status hearing set for 6/27/2023 is stricken and reset for 8/2/2023 at 09:30 AM. The case is stayed until the next status hearing. The parties are to use the following call–in number: 888–684–8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.