IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INE NWEKE, Individually and on Behalf of All Other Similarly Situated<br><br>Plaintiff.<br><br>v.<br><br>ASTER HEALTH GROUP, INC., and KELLY GILBERT<br><br>Defendants. | Case No. 1:22-cv-2410<br><br>Judge John F. Kness |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION
TO WITHDRAW AS ATTORNEY COLBY QUALLS**

NOW on the date set forth below, upon review of Attorney Colby Qualls' Motion to Withdraw as Attorney (ECF No. 31), this Court orders as follow:

1. Mr. Qualls' Motion to Withdraw as Attorney (ECF No. 31) is hereby GRANTED.

SIGNED this ____ day of _____, 2023.

                                                                     **HON. JOHN F. KNESS
UNITED STATES DISTRICT JUDGE**