UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Ine Nweke

                     Plaintiff,

v.                                                  Case No.: 1:22–cv–02410
                                                          Honorable John F. Kness

Aster Health Group, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 31, 2023:

      MINUTE entry before the Honorable John F. Kness: Motion by counsel to withdraw as attorney [31] is granted. Attorney Colby Qualls is withdrawn as counsel of record. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.