IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INE NWEKE, Individually and on Behalf of All Other Similarly Situated<br><br>Plaintiff.<br><br>v.<br><br>ASTER HEALTH GROUP, INC., and KELLY GILBERT<br><br>Defendants. | Case No. 1:22-cv-2410<br><br>Judge John F. Kness |

**JOINT MOTION FOR EXTENSION OF TIME TO**
**FILE MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff Ine Nweke, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Aster Health Group, Inc., and Kelly Gilbert ("Defendants"), by and through their undersigned counsel, submit the following Motion for Extension of Time to File Motion for Approval of Settlement:

1. On June 20, 2023, the Parties filed a Joint Status Report wherein the Parties stated they had reached a settlement in principle and anticipated filing a Joint Motion for Approval of Settlement by August 4. *See* ECF No. 28.

2. The Court entered a Minute Order on June 22, 2023 acknowledging the Parties' Status Report and setting the deadline for submission of a Joint Motion for Approval of Settlement as July 31, 2023. *See* ECF No. 29.

3. While the Parties have drafted a settlement agreement document, they require more time in order to edit that document to the satisfaction of all Parties and

Page 1 of 3
Ine Nweke, et al. v. Aster Health Group, Inc., et al.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-2410-JFK
**Joint Motion for Extension of Time to File Motion for Approval of Settlement**

to adequately set up the process for putative settlement members to join the settlement.

4. The Parties continue the process of finalizing settlement terms and request that the Court allow them an additional fourteen (14) days from the filing of this Motion for Extension to file a Joint Motion for Approval of Settlement.

5. Should the Court require any additional information regarding the status of settlement finalization, counsel for the Parties may provide it during the status hearing scheduled for August 2.

WHEREFORE, premises considered, the Parties respectfully request that the Court extend the deadline for the Parties' filing of a Joint Motion for Approval for fourteen (14) days, to August 14, 2023.

    Respectfully submitted,

    **INE NWEKE, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

    SANFORD LAW FIRM
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Ste. 510
    Little Rock, Arkansas 72211
    Telephone: (800) 615-4946
    Facsimile: (888) 787-2040

    */s/ Josh Sanford*
    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com

Page 2 of 3
Ine Nweke, et al. v. Aster Health Group, Inc., et al.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-2410-JFK
**Joint Motion for Extension of Time to File Motion for Approval of Settlement**

      **and ASTER HEALTH GROUP, INC., and KELLY GILBERT, DEFENDANTS**

      HINSHAW & CULBERTSON LLP
      151 North Franklin St., Ste. 2500
      Chicago, Illinois 60606
      Telephone: (312) 704-3022
      Facsimile: (312) 704-3001

      */s/Linda K. Horras*_____
      Linda K. Horras
      Ill. Bar No.6200203
      lhorras@hinshawlaw.com

Page 3 of 3
Ine Nweke, et al. v. Aster Health Group, Inc., et al.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-2410-JFK
**Joint Motion for Extension of Time to File Motion for Approval of Settlement**