# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ine Nweke

                         Plaintiff,

v.                                                Case No.: 1:22−cv−02410

                                                       Honorable John F. Kness

Aster Health Group, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 25, 2023:

      MINUTE entry before the Honorable John F. Kness: The parties' Joint Motion for Preliminary Approval of Class and Collective Action Settlement [35] is granted. Enter separate preliminary approval order. The status hearing set for 8/30/2023 is stricken, and an **in−person** Fairness Hearing is set for 11/8/2023 at 09:00 AM. The case is stayed pending final approval of the proposed settlement agreement. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.