IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INE NWEKE, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ASTER HEALTH GROUP, INC., and KELLY GILBERT<br><br>Defendants. | Case No. 1:22-cv-2410<br><br>Judge John F. Kness |

# **ORDER OF PRELIMINARY APPROVAL**

Upon consideration of the Joint Motion for Preliminary Approval of the class-wide settlement and its supporting memorandum, exhibits, and affidavit, and

It appearing that the proposed settlement is fair and reasonable, and

It further appearing that Notice of Class Action Settlement and Settlement Hearing and an opportunity to object will be sent to all Putative Settlement Members,

It is therefore:

ORDERED that the Parties' class-wide settlement is preliminarily fair and reasonable;

ORDERED that for purposes of settlement a Settlement Class is certified consisting of the following class:

All current or former live-in Caregivers employed by Aster Health Group, Inc., at any time between May 6, 2019, and September 30, 2022. These individuals have been identified in Exhibit E attached to the Parties' Settlement Agreement.

ORDERED that:

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement Agreement;

- Sanford Law Firm, PLLC, is appointed as Class Counsel;

- Within seven (7) days of this Order, Defendants will provide Class Counsel with an accurate and complete list containing all last known emails and physical address information for the Putative Settlement Members;

- Within fourteen (14) days of receiving this list, Class Counsel shall send by first-class mail and, where available, email, the Notice of Class Action Settlement and Settlement Hearing, Opt in & Claim Forms, and Opt-Out Forms to all Putative Settlement Members;

- Putative Settlement Members shall lodge objections/opt-outs or submit claims as set forth in the Notice of Class Action Settlement and Settlement Hearing;

ORDERED that the form and content of the Notice of Class Action Settlement and Settlement Hearing, Consent to Join Collective Action Settlement & Claim Form, and Opt-Out Forms set forth in the Joint Motion for Preliminary Approval is adequate, proper, comports with Due Process and are hereby approved;

ORDERED that a final fairness hearing be held on November 8, 2023, at the U.S. District Court for the Northern District of Illinois, Everett McKinley Dirksen

United States Courthouse, 219 S. Dearborn St., Courtroom 2125, Chicago, Illinois 60604;

ORDERED that counsel for the Parties shall file motion papers for final approval of all terms of the Settlement Agreement no later than seven (7) days after Class Counsel files the last Claim Form; and it is

ORDERED that this action is stayed pending the Court's ruling on the settlement at the final approval hearing.

Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, and other exhibits that they jointly agree are reasonable or necessary.

SO ORDERED in 22-cv-02410.

Date: August 25, 2023

JOHN F. KNESS  
United States District Judge