IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

INE NWEKE, Individually and on  **PLAINTIFF**
Behalf of All Others Similarly Situated

vs.  No. 1:22-cv-2410-JFK

ASTER HEALTH GROUP, INC.,  **Defendants**
and KELLY GILBERT

### CONSENT TO JOIN or OPT IN TO
### COLLECTIVE ACTION SETTLEMENT & CLAIM FORM

I was a live-in Caregiver employed by Defendants at some point between May 6, 2019, and September 30, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act (FLSA), the Illinois Minimum Wage Law (IMWL) and Illinois Wage Payment & Collection Act (IWPCA) for unpaid wages. I consent to become a party-plaintiff in this lawsuit, to being represented by Sanford Law Firm, PLLC, and to be bound by the settlement approved by the Court. I understand that by opting in, I agree to the following Release of claims:

Any claims which arose between May 6, 2019 and September 30, 2022 for alleged unpaid wages, liquidated or other damages, unpaid costs, penalties, premium pay, interest, restitution or other compensation and relief arising from the alleged failure to properly pay earned wages under the FLSA, IMWA, IWPCA, and the laws of any state, county, municipality or other governmental subdivision of the United States or any state, including but not limited to, the State of Illinois, regarding failure to pay minimum wages and/or overtime wages.

x_____
SIGNATURE

Ayotunde Kafisanwo
PRINTED NAME

Date: 10-12-23

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
josh@sanfordlawfirm.com