IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INE NWEKE, Individually and on Behalf of All Other Similarly Situated<br><br>Plaintiff.<br><br>v.<br><br>ASTER HEALTH GROUP, INC., and KELLY GILBERT<br><br>Defendants. | Case No. 1:22-cv-2410<br><br>Judge John F. Kness |

**PLAINTIFFS' UNOPPOSED MOTION TO ALLOW FOR ATTENDANCE VIA ZOOM VIDEOCONFERENCE**

Named Plaintiff Ine Nweke, by and through her attorneys Samuel Brown and Josh Sanford of Sanford Law Firm, PLLC, and for her Motion to Allow for Attendance via Zoom Videoconference, does hereby state and allege as follows:

1. On August 25, 2023, the Court set a final fairness hearing to be held on November 8, 2023, at the U.S. District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Courtroom 2125, Chicago, Illinois. *See* ECF No. 37.

2. While Plaintiffs' counsel understands the importance of face-to-face discussion with the Court, Plaintiffs' counsel is located in Little Rock, Arkansas.

3. A remote hearing allows Plaintiffs' counsel to further keep costs to a minimum in order to help facilitate proceedings.

4. Accordingly, Named Plaintiff requests permission for her attorneys to attend the

November 8 Motion hearing via Zoom videoconference.

5. Plaintiffs' counsel does not believe this will, in any way, alter the ability to have a thorough, detailed, and meaningful final fairness hearing.

6. In addition, as of this date, Class Counsel has not received any objections to the settlement.

7. Plaintiffs' counsel has conferred with Defendants' counsel regarding their stance as to this Motion and have been authorized to state that this Motion is Unopposed.

WHEREFORE, premises considered, Plaintiff Ine Nweke requests this Court grant her Motion to Allow for Attendance Via Zoom Videoconference during the final fairness hearing on November 8, 2023.

Respectfully submitted,

**INE NWEKE, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Samuel Brown*
Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com