IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INE NWEKE, Individually and on Behalf of All Other Similarly Situated<br><br>Plaintiff.<br><br>v.<br><br>ASTER HEALTH GROUP, INC., and KELLY GILBERT<br><br>Defendants. | Case No. 1:22-cv-2410<br><br>Judge John F. Kness |

### NOTICE OF AGREED FILING OF LATE CONSENT TO JOIN FORM

Named Plaintiff Ine Nweke, by and through her undersigned attorneys, gives notice of the agreed filing of the attached Consent to Join as to Jane Sullivan for purposes of finalizing the Parties' settlement. Defendants have no objection to this filing.

    Respectfully submitted,

    **INE NWEKE, PLAINTIFF**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (800) 615-4946

    */s/ Samuel Brown*
    Samuel Brown
    Ark. Bar No. 2020210
    samuel@sanfordlawfirm.com

    */s/ Josh Sanford*
    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com

Page 1 of 1
Ine Nweke, et al. v. Aster Health Group, Inc., et al.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-2410-JFK
Notice of Agreed Filing of Late Consent to Join Form