# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ine Nweke

                        Plaintiff,

v.                                                        Case No.: 1:22−cv−02410

                                                                  Honorable John F. Kness

Aster Health Group, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 13, 2023:

      MINUTE entry before the Honorable John F. Kness: For the reasons stated on the record at the final fairness hearing held on 11/8/2023, as well as in the order granting settlement approval being entered separately today, the Court approves the class−wide and collective settlement of this action under FRCP 23. Enter separate order granting final approval of settlement. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.