IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INE NWEKE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ASTER HEALTH GROUP, INC. and KELLY GILBERT,<br><br>    Defendants. | No. 22-cv-02410<br><br>Judge John F. Kness |

**ORDER GRANTING FINAL APPROVAL OF CLASS
AND COLLECTIVE ACTION SETTLEMENT**

The Court held a fairness hearing on November 8, 2023, after notice of the hearing and the settlement terms were provided to all class members in accordance with this Court's order preliminarily approving the settlement with its notice plan, setting the matter for a final approval hearing, and having considered all matters submitted at the final approval hearing, the Court finds there is no just reason for delay in entry of this final order. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Court finds that it has personal jurisdiction over this matter and subject matter jurisdiction to consider and approve the parties' Settlement Agreement.

2. The Court approves the parties' Settlement Agreement. The Court further finds that the settlement is fair, reasonable and adequate, and further expressly finds the settlement to be in the best interests of Plaintiff and all collective and class members. The Class Members are those individuals identified in Exhibit E of Joint Stipulation to Certification, Motion for Preliminary Approval of Class and Collective Action settlement and Notice to the Settlement Class. (Dkt. 35).

3. The Court further finds that Plaintiffs' counsel and named Plaintiff Ine Nweke have adequately represented the potential collective members and class members for purposes of entering into and implementing the parties' settlement and the Settlement Agreement.

4. The Court finds that the manner of providing notice specified in the Settlement Agreement fully and accurately informed the Class of all material elements of the settlement, met the requirements of due process, and was reasonably calculated to apprise the Class Members of the action and settlement.

5. No Class Member have filed objections. No Class Member attended the fairness hearing on November 8, 2023.

6. The Defendants shall issue all payments required under the Settlement Agreement within the time period specified in the agreement.

7. The Court finds that the attorneys' fees and costs sought by Class Counsel is reasonable and the request for $34,547.80 is granted.

8. The Court further finds that the proposed service award of $1,000.00 to Ine Nweke is reasonable and appropriate and is granted.

9. Plaintiff and all Class Members are enjoined from prosecuting against the Defendants those claims released in the Settlement Agreement.

10. This case is dismissed without prejudice, with leave to reinstate within 60 days for purposes of enforcing the Settlement Agreement. In the event a motion to reinstate is not filed 60 days from today, without further order of the Court, this lawsuit shall be deemed dismissed with prejudice.

SO ORDERED in No. 22-cv-02410.

Date: November 13, 2023

                                            JOHN F. KNESS
                                            United States District Judge