IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INE NWEKE, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 1:22-cv-2410 |
| Plaintiff, ) | Judge Kness |
| v. ) | |
| ASTER HEALTH GROUP, INC.; and KELLY GILBERT ) | |
| Defendants. ) | |

## AMENDED APPEARANCE ON BEHALF OF
## ASTER HEALTH GROUP, INC. and KELLY GILBERT

| | |
|---|---|
| NAME (Type or Print): **Linda K. Horras** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ *Linda K. Horras* | |
| FIRM: Hinshaw & Culbertson LLP | |
| STREET ADDRESS: 151 N. Franklin Street, #2500 | |
| CITY/STATE/ZIP: Chicago, IL 60606 | |
| ID NUMBER (See Item 3 in Instructions) **6200203** | TELEPHONE NUMBER (312) 704-3022 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX THAT BEST DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

==========================================================================

## CERTIFICATE OF SERVICE (ECF)

I state that I submitted to be filed the above and foregoing **Amended Appearance** via the USDC for the Northern District of Illinois' electronic filing system on November 13, 2023. Notification will be sent to all counsel of record.

/s/ *Linda K. Horras*

0175490\315296054.v1